# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MARCO ANTONIO DOSONO,<br><br>                    Defendant. | CASE NO. 07CR0004-BEN<br><br>**JUDGMENT OF DISMISSAL** |

         IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 **X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

 ___    the Court has dismissed the case for unnecessary delay; or

 ___    the Court has granted the motion of the Government for dismissal; or

 ___    the Court has granted the motion of the defendant for a judgment of acquittal; or

 ___    a jury has been waived, and the Court has found the defendant not guilty; or

 ___    the jury has returned its verdict, finding the defendant not guilty;

 ___    of the offense(s) of:

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: February 1, 2007

                                                    _/s/ Battaglia_____
                                                    Hon. Anthony J. Battaglia
                                                    U.S. Magistrate Judge
                                                    United States District Court